# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39015**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Alexander C. NORWOOD**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 22 February 2017

————————————

*Military Judge:* Donald R. Eller (sitting alone).

*Approved sentence:* Bad-conduct discharge, confinement for 24 months, and reduction to E-1. Sentence adjudged 11 January 2016 by GCM convened at Spangdahlem Air Base, Germany.

*For Appellant:* Captain Allen S. Abrams, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before MAYBERRY, SPERANZA, and JOHNSON, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court